# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Rosalie Simon, et al.,

v.    **Case No:** 14-7082

Republic of Hungary, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

The Republic of Hungary

Magyar Allamvasutak Zrt.

Names of Parties                Names of Parties

### Counsel Information

Lead Counsel: Konrad L. Cailteux

Direct Phone: (212) 310-8904  Fax: (212) 310-8007  Email: konrad.cailteux@weil.com

2nd Counsel: Gregory Silbert

Direct Phone: (212) 310-8846  Fax: (212) 310-8007  Email: gregory.silbert@weil.com

3rd Counsel:

Direct Phone: (   )    -        Fax: (   )    -        Email:

Firm Name: Weil, Gotshal & Manges LLP

Firm Address: 767 Fifth Avenue, New York, NY 10153

Firm Phone: (212) 310-8000  Fax: (212) 310-8007  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2014, the foregoing Entry of Appearance was served on counsel for Plaintiffs-Appellants, Rosalie Simon, *et al.*, by electronic mail and first-class mail, as follows:

Charles S. Fax
Liesel J. Schopler
Rifkin, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland  20814
cfax@rlls.com
lschopler@rlls.com

L. Marc Zell
Zell & Co.
Migdal Ha'ir
34 Ben Yehuda Street, 15th Floor
Jerusalem 9423001 Israel
mzell@fandz.com

David H. Weinstein
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, Pennsylvania  19103
weinstein@wka-law.com

Paul G. Gaston
Law Offices of Paul G. Gaston
1901 Pennsylvania Avenue, NW, Suite 607
Washington, D.C.  20006
paul@gastonlawoffice.com

                                                */s/ Konrad L. Cailteux*
                                                 Konrad L. Cailteux